DOROTHA MADISON, Appellant, v. BELLINGER TRANSPORTATION, INC., Respondent. —

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.